IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02578-AP

JESSE JUNIOR SIRIO,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCIA,<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br><br>Jessica Milano,<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 Seventeenth St.<br>Denver, CO 80202<br>303-844-7136<br>jessica.milano@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint was filed:**   September 28, 2012

    B. **Date Complaint was served on U.S. Attorney's office:**  October 1, 2012.

    C. **Date Answer and Administrative Record were filed:**  November 29, 2012.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS (Must state whether the case is on appeal from a decision issued on remand from this Court and include the case number and district judge who entered the order for remand.)

There are no other matters to bring to the Court's attention.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due**:   January 21, 2013
    B. **Defendant's Response Brief Due**:   February 21, 2013

  C. **Plaintiff's Reply Brief (If Any) Due**:  March 8, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

  A. **Plaintiff's statement**:

  Plaintiff does not request oral argument.

  B. **Defendant's statement**

  Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. (  ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

  B. ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 19th day of December, 2012.

              BY THE COURT

              *s/John L. Kane*_____
              U.S. DISTRICT COURT JUDGE

APPROVED:

s/ *Ann J. Atkinson*
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax:  303-680-7891
atkinsonaj@aol.com

UNITED STATES ATTORNEY
*s/ Jessica Milano*
By: Jessica Milano, Esq.
Special Assistant U.S. Attorney
1001 Seventeenth St.
Denver, CO 80202

Tele:   303-844-7136
jessica.milano@ssa.gov